UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KIMBERLY STARLING**, on behalf of herself and all others similarly situated,<br><br>            *Plaintiff*,<br>    v.<br><br>**J WALES HOME SOLUTIONS LLC**<br><br>            *Defendant*. | Civil Case No.:<br><br>4:21-cv-01261-O |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff notifies the Court that the parties have reached agreement to settle the case and are finalizing the settlement agreement/documents.

Plaintiff requests that the Court administratively close the case with the option to reopen the case if the settlement agreement/documents cannot be finalized.

Respectfully submitted,

By:   */s/ Chris R. Miltenberger*
         Chris R. Miltenberger
         Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esquire
Eric H. Weitz, Esquire
THE WEITZ FIRM, LLC
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com
**Attorneys for Plaintiff**

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:  */s/ Chris R. Miltenberger*
       Chris R. Miltenberger