# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **KIMBERLY STARLING**, on behalf of herself and all others similarly situated, <br><br> *Plaintiff*, <br> v. <br><br> **J WALES HOME SOLUTIONS LLC** <br><br> *Defendant*. | Civil Case No.: <br><br> 4:21-cv-01261-O |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kimberly Starling and Defendant J Wales Home Solutions, LLC through their respective counsel file this agreed stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| By:    */s/ Chris R. Miltenberger* <br>        Chris R. Miltenberger <br> Texas Bar No. 14171200 <br> The Law Office of Chris Miltenberger, PLLC <br> 1360 N. White Chapel Blvd. Ste. 200 <br> Southlake, Texas 76092 <br> 817-416-5060 (office) <br> 817-416-5062 (fax) <br> chris@crmlawpractice.com <br> <br> -and- <br> <br> Max S. Morgan, Esquire <br> Eric H. Weitz, Esquire <br> THE WEITZ FIRM, LLC <br> 1528 Walnut Street, 4th Floor <br> Philadelphia, PA 19102 <br> Tel: (267) 587-6240 <br> Fax: (215) 689-0875 <br> max.morgan@theweitzfirm.com <br> eric.weitz@theweitzfirm.com <br> <br> **ATTORNEYS FOR PLAINTIFF** | By:    */s/ Robert Leach* <br>        Robert Leach <br> Texas Bar No. 24107817 <br> Allen Robertson <br> Texas Bar No. 24076655 <br> Robert Leach <br> Texas Bar No. 24103582 <br> <br> **JAFFER & ASSOCIATES, PLLC** <br> 5757 Alpha Rd, Suite 430 <br> Dallas, Texas 75240 <br> Phone: 214-494-1871 <br> Fax: 469- 669-0786 <br> E-mail: attorneys@jaffer.law <br> <br> **ATTORNEYS FOR DEFENDANTS** |

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

                                               By:    */s/ Chris R. Miltenberger* <br>
                                                                    Chris R. Miltenberger